**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUNDANCE DIGITAL PROCESSING INC. | CASE NO.:  3:26-CV-00125-ART-CLB |
| Plaintiff, | **ORDER GRANTING** |
| Vs. | |
| ROCKET EMS, INC. | |
| Defendant. | |

**STIPULATION TO CONTINUE DEADLINES FOR**

**OPPOSITIONS & REPLIES**

Plaintiff Sundance Digital Processing Inc. ("Sundance") and Defendant Rocket EMS, Inc., ("Rocket") by and through their respective Counsel stipulate to extend the time in which Sundance has to file an opposition to Rocket's Motion and Memorandum of Points and Authorities in Support of Motion to Transfer and Dismiss (Doc. 3) filed on February 26, 2026; and to Rocket's Motion and Memorandum of Points and Authorities in Support of Motion to Transfer and Dismiss (Doc. 4) filed on February 26, 2026.

Specifically, the stipulating Parties agree Sundance shall have up to and including March 27, 2026, to file an opposition to Rocket's Motion and Memorandum

of Points and Authorities in Support of Motion to Transfer and Dismiss; and Rocket's Motion and Memorandum of Points and Authorities in Support of Motion to Transfer and Dismiss.  In turn, Rocket shall have up to and including April 10, 2026, in which to file replies, if any, to Sundance's oppositions.

This Stipulation is entered into and presented to the Court in accordance with Local Rule 6-1.  This is the first stipulation requesting an extension of the deadlines referenced above. Further, Counsel for the Stipulating Parties certify this Stipulation is entered into in good faith and not for the purpose of undue delay.

DATED: March 10, 2026.                    DATED: March 10, 2026.

**WALLACE & MILLSAP, LLC**              **GARMAN TURNER GORDON LLP**

        */s/ Patrick R. Millsap*                    */s/ Dylan R. Ciciliana*
By:_____.       By:_____.
Patrick R. Millsap, Esq.                Dylan T. Ciciliano, Esq.
Nevada Bar No.: 12043                   Nevada Bar No. 12348
510 W. Plumb Lane, Ste.A                7251 Amigo Street, Suite 210
Reno, Nevada 89509                      Las Vegas, NV 89119
patrick@wallacemillsap.com              **dciciliano@gtg.legal**
*Attorneys for Sundance Digital*        *Attorneys for Rocket EMS, Inc.*
*Processing, Inc.*

## ORDER

***IT IS SO ORDERED***.

        Dated: <u>March 11, 2026</u>

_____
Anne R. Traum
U.S. District Judge