**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUNDANCE DIGITAL PROCESSING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROCKET EMS, INC.,<br><br>Defendant. | CASE NO.: 3:26-CV-00125-ART-CLB<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND CASE MANAGEMENT REPORT DEADLINE** |

In response to the Court's Minute Order (ECF No. 14), and pursuant to Fed. R. Civ. P. 6(b), the parties to this action hereby jointly move for an additional 30 days to submit the required Joint Case Management Report. In support of this request, the parties state as follows:

1.     Due to ongoing commitments in other cases, the undersigned counsel have not yet been able to confer regarding the issues described in Fed. R. Civ. P 26(f).

2.     In addition, this case involves uncommon procedural complexities given the removal from state court and the pending motions to transfer and/or dismiss.

3.     Thus, additional time is required to confer pursuant to Rule 26(f).

4.     Undersigned counsel agree that that the requested extension will allow them the time necessary to complete the required conference.

5.     Good cause exists for this motion, and it is not made for any improper purpose.

6.     No party will be prejudiced by extending this deadline.

…

…

…

…

…

…

…

…

Garman Turner
Gordon LLP
Attorneys At Law
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

The parties therefore move for an additional 30 days, up to and including June 22, 2026 (accounting for the weekend) to file the Joint Case Management Report ordered by the Court.

**IT IS SO STIPULATED.**

DATED this 21st day of May 2026.

GARMAN TURNER GORDON LLP

/s/ Dylan T. Ciciliano
DYLAN T. CICILIANO
Nevada Bar No. 12348
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3111

DINAH X. ORTIZ  *(Pro Hac Vice Forthcoming)*
California Bar No. 273556
MARK V. BOENNIGHAUSEN *(Pro Hac Vice Forthcoming)*
California Bar No. 142147
LATHROP GPM LLP
70 South First Street
San Jose, CA  95113

TIMOTHY J. HADACHEK *(Pro Hac Vice Forthcoming)*
Missouri Bar No. 70985
Email: timothy.hadachek@lathropgpm.com
Lathrop GPM LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108
Tel: (816) 460-5532

*Attorneys for Defendant Rocket EMS, Inc.*

DATED this 21st day of May 2026.

WALLACE & MILLSAP

/s/ Patrick Millsap
F. MCCLURE WALLACE
Nevada Bar No. 10264
PATRICK MILLSAP
Nevada Bar No. 12043
510 W. Plumb Lane, Suite A
Reno, Nevada 89509
Tel: (775) 683-9599
*Attorneys for the Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATE MAGISTRATE JUDGE
DATED:  May 21, 2026.

Garman Turner
Gordon LLP
Attorneys At Law
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

2 of 2